AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

HOANG MINH LE, an individual

*Plaintiff(s)*

v.

CAS PROPERTIES, LLC, a limited liability company

*Defendant(s)*

Civil Action No. 5:19-cv-00632 -JGB (SPx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CAS PROPERTIES, LLC, a limited liability company
130A N. VERMONT AVENUE
GLENDORA CA 91741

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Pamela Tsao
Ascension Law Group, PC
17802 Irvine Blvd., Suite A117
Tustin, CA 92780

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 04/10/2019